IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-23-1 |
| v. | : | |
| SHAMON KENNEDY | : | CIVIL NO. 13-01 |

## ORDER

BERLE M. SCHILLER J.

AND NOW, this 29 day of JAN, 2014, upon careful and independent consideration of the motion to vacate, set aside, or correct sentence, and after review, of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and objections thereto, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The motion to vacate, set aside, or correct sentence is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.